JESSE B. FUGATE, *Appellee,* V. HARRY LOUGHMILLER
et al., *Appellants.*

No. 17,551.

HEADNOTE BY THE REPORTER.

MORTGAGE FORECLOSURE—*Defense*—*Fraud.*  The record exam-
ined, and it is held that no evidence appears that is sufficient,
if taken as true, to establish a valid defense to the mortgage.

Appeal from Cloud district court.  Opinion filed
April 6, 1912.  Affirmed.

*Isaac A. Rigby, T. F. Garver,* and *R. D. Garver,* for
the appellants.

*Park B. Pulsifer,* and *Charles L. Hunt,* for the ap-
pellee.

*Per Curiam:* This action was brought by the appellee
to foreclose a real-estate mortgage on certain lots in
Hollis, Cloud county.  The appellants defended the
action on the ground that the execution of the mortgage
was procured by fraud.  After the evidence for the
defense was closed, the execution of the mortgage being
admitted, a demurrer was filed to the evidence of the
defense and was sustained by the court, and a judgment
of foreclosure was rendered.

We have read the evidence brought up in the ab-
stracts and the briefs of the parties.  No evidence has
been called to our attention that we think is sufficient,
taken as true, to establish a valid defense to the mort-
gage, and the judgment is therefore affirmed.